No. 23-55478

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

ALEXANDRIA MOSLEY, REJOYCE KEMP,
BERENICE CISNEROS, BRUCE PARKER,

*Plaintiffs-Appellants*

v.

WELLS FARGO & CO.,
WELLS FARGO BANK, N.A.,

*Defendants-Appellees*

Appeal from a Decision of the
United States District Court
for the Southern District of California
U.S.D.C. Case No. 3:22-cv-01976-DMS-AGS
The Honorable Dana M. Sabraw, District Judge

## APPELLANTS' EXCERPTS OF RECORD
## INDEX VOLUME

Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
Steven A. Haskins, State Bar No. 238865
sah@mccunewright.com
Andrew Van Ligten, State Bar No. 348696
avl@mccunewright.com
Valerie L. Savran, State Bar No. 334190
vls@mccunewright.com
Richard A. Nervig, State Bar No. 226449
ran@mccunewright.com
Emily J. Kirk, IL Bar No. 6275282
ejk@mccunewright.com
**MCCUNE LAW GROUP, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs-Appellants,
Alexandria Mosley. Rejoyce Kemp,
Berenice Cisneros, Bruce Parker*

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 1 of 2** | | | |
| Order (Granting Defendant's Motion to Compel Arbitration and Denying as Moot Plaintiffs' Motion for Preliminary Injunction) | 05/01/2023 | 30 | 2-10 |
| **Volume 2 of 2** | | | |
| Order (re: Oral Argument) | 02/28/2023 | 28 | 12 |
| Exhibit A to Nervig Declaration – 05/06/2022 Letter (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-2 | 13-15 |
| Exhibit B to Nervig Declaration – Authorization Forms (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-3 | 16-20 |
| Exhibit C to Nervig Declaration – 06/13/2022 Wells Fargo Letter re Client Records (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-4 | 21-22 |
| Exhibit D to Nervig Declaration – 06/29/2022 Wells Fargo Letter (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-5 | 23-25 |
| Exhibit E to Nervig Declaration – 01/04/2023 Wells Fargo Letter re Intent and Willingess (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-6 | 26-29 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit A to McCune Declaration – Wells Fargo Deposit Account Agreement (05/09/2022) (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-8 | 30-70 |
| Exhibit B to McCune Declaration – AAA Consumer Arbitration Rules (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-9 | 71-115 |
| Exhibit C to McCune Declaration – Plaintiffs' Individual Arbitration Demands (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-10 | 116-165 |
| Exhibit D to McCune Declaration – AAA Initiation Letters (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-11 | 166-178 |
| Exhibit E to McCune Declaration – AAA Supplementary Rules for Multiple Claim Filings (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-12 | 179-189 |
| Exhibit F to McCune Declaration – 10/27/2022 Hon. Shapiro Order (PA Order) (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-13 | 190-191 |
| Exhibit G to McCune Declaration – 11/02/2022 Plaintiffs' Letter re PA Order (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-14 | 192-194 |

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Exhibit H to McCune Declaration – 11/08/2022 Wells Fargo Letter to AAA re PA Order (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-15 | 195-196 |
| Exhibit I to McCune Declaration – 11/15/2022 AAA Letter to Counsel re PA Order (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-16 | 197-199 |
| Exhibit J to McCune Declaration – 11/23/2022 AAA Email to Counsel (*Plaintiffs Opposition to Wells Fargo's Motion to Compel Arbitration*) | 02/17/2023 | 25-18 | 200-204 |
| Complaint - United States District Court, Southern District of California, San Diego | 12/13/2022 | 1 | 205-236 |
| Ex. B to Complaint – Wells Fargo Marketing Material (*Complaint*) | 12/13/2022 | 1-3 | 237-241 |
| Plaintiffs' Notice of Appeal to Ninth Circuit Court of Appeal | 05/26/2023 | 31 | 242-243 |
| Ninth Circuit Receipt of Notice of Appeal | 05/30/2023 | 32 | 244 |
| Civil Docket for Case No. 3:22-cv-01976-DMS-AGS – United States District Court, Southern District of California – *Mosley v. Wells Fargo, et al.* | | | 245-253 |